UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DEMARKO STEWARD,

    Defendant.

Case No. 08-cr-30060-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant DeMarko Steward's *pro se* motions for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10 (Doc. 65) and for appointment of counsel (Doc. 66).

Steward's motion for appointment of counsel (Doc. 66) is **DENIED as moot.** He is represented by Assistant Federal Public Defender Judith Kuenneke, who was appointed on January 23, 2012, to represent him in his quest for a sentence reduction (Doc. 64).

Steward filed his motion for a reduction *pro se*, although, as noted above, he is represented by counsel. A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Steward's motion (Doc. 65) be **STRICKEN**.

**IT IS SO ORDERED.**
**DATED: September 12, 2012**

                                  s/J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**